**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

In re:                                                                              Case No.: 4:10-bk-40156

John B. Singleton,                                                        Chapter 7


       Debtor.

_____/

**ORDER LIFTING STAY ON MOTION OF**
**GULF WINDS FEDERAL CREDIT UNION**
**(DOCKET NO. 14)**

This matter is before the Court upon the Motion for Relief from Stay filed by Gulf Winds Federal Credit Union ("Creditor"). The Court, having considered Creditor's Motion, the affidavit attached thereto and the other evidence before it, **ORDERS**:

1.  That Creditor's Motion for Relief from the Automatic Stay is granted.

2.  That the automatic stay imposed by 11 U.S.C. § 362 is lifted as to permit Creditor to enforce its security interest in the following property: 1997 Allegro M33 R.V., VIN No. N3FCMF53G9VJA14667("Property").


*[The remainder of this page is intentionally left blank]*

3.      This Order is entered for the sole purpose of allowing Creditor to obtain possession of the Property and an *in rem* judgment against the Property. Creditor shall not seek an *in personam* judgment against the Debtor.

DATED:    March 30th, 2010       .

Lewis M. Killian, Jr.
United States Bankruptcy Judge

Copies Furnished To:

Thrasher & Heckman, P.A.
908 N. Gadsden St.
Tallahassee, FL 32303
*Attorneys for Creditor*

John B. Singleton
827 Ingleside Ave.
Tallahassee, FL 32303-6422
*Debtor*

Jennifer S Haley-Gleason
1400 Metropolitan Blvd Ste 100
Tallahassee, FL 32308-1519
*Attorney for Debtor*

Mary W. Colon
P. O. Box 14596
Tallahassee, FL 32317-4596
*Trustee*

This Order Prepared and Submitted by: Chad D. Heckman