UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

Case No. 4:10-bk-40156-LMK

Chapter 7

IN RE:                                     :
                                           :
John B. Singleton,                         :
                                           :
            Debtor.                        :
_____        :

**<u>ORDER GRANTING CARRINGTON MORTGAGE SERVICES, LLC,
SERVICER AND ATTORNEY-IN-FACT FOR, WELLS FARGO BANK, N.A.
AS TRUSTEE, FOR CARRINGTON MORTGAGE LOAN TRUST,
SERIES 2006-NC4 ASSET-BACKED PASS-THROUGH CERTIFICATES
MOTION FOR RELIEF FROM STAY AND ABANDONMENT
RE: 4785 Oakland Drive, Pensacola, Florida 32526</u>**

THIS CAUSE came on for consideration pursuant to the Motion By Carrington Mortgage Services, LLC, Servicer and Attorney-in-Fact For, Wells Fargo Bank, N.A., As Trustee, For Carrington Mortgage Loan Trust, Series 2006-NC4 Asset-Backed Pass-Through Certificates For Relief From Stay And Abandonment And Notice Of Opportunity To Object And For Hearing Re: 4785 Oakland Drive, Pensacola, Florida 32526, Docket Number 21, filed by CARRINGTON MORTGAGE SERVICES, LLC, a secured creditor in the above-styled cause.  The Court, having considered said Motion, having agreement of the Movant and Debtor pursuant to the Consent filed by Debtor, John B. Singleton, Docket Number 22, and having received no opposition to said Motion, is of the opinion that it is appropriate to enter an Order on such Motion for Relief from Stay.  It is therefore,

ORDERED, ADJUDGED AND DECREED as follows:

1. The Motion for Relief from the Automatic Stay is granted.

2. The Automatic Stay imposed by 11 U.S.C. § 362 is lifted as to Movant, and it may proceed with the foreclosure of its lien on the following property:

> Lot 6, in Block K, all according to the plat of Avondale Subdivision, Part "A", as the same appears of record in the Public Records of Escambia County, Florida, in Plat Book 5, page 32
>
> 4785 Oakland Drive, Pensacola, Florida  32526

3. The ten (10) day period under Bankruptcy Rule 4001(a)(3) shall be waived upon relief being granted by the Court.

4. This Order is entered for the sole purpose of allowing Movant to obtain an *in rem* judgment against the property described above.  Movant shall not seek an *in personam* judgment against Debtor(s).

DATED    April 5th, 2010    at Tallahassee, Florida.

_____
Lewis M. Killian, Jr.
United States Bankruptcy Judge

Copies furnished to:

John B. Singleton
827 Ingleside Avenue
Tallahassee, FL  32303

2

Jennifer S. Haley-Gleason, Esquire
Harbsmeier, DeZayas, LLP
1400 Metropolitan Blvd., Suite 100
Tallahassee, FL   32308

Chad D. Heckman, Esquire
Thrasher and Heckman, P.A.
908 N. Gadsden Street
Tallahassee, FL   32303-6316

Kenneth W. Lockwood, Esquire
Shapiro & Fishman
10004 North Dale Mabry Hwy., Suite 112
Tampa, FL   33618

Mary W. Colon
P. O. Box 14596
Tallahassee, FL   32317

Lawrence M. Weisberg, Esquire
21301 Powerline Road, Suite 100
Boca Raton, FL   33433

CARRINGTON MORTGAGE SERVICES, LLC

United States Trustee
110 E. Park Avenue, Suite 128
Tallahassee, FL   32301

3